# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133253 & (9)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HAROLD W. CAGE,
          Plaintiff,

v

ATTORNEY GRIEVANCE COMMISION,
          Defendant.

SC: 133253
AGC: 1351/06; 1352/06

_____/

       On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief. The miscellaneous motion is DENIED.



s0618

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk